**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TERESIA BOST,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RON CHIARELLO, TOBI OKE, JENNY YIP, PATRICE MILOS, YASSINE OUSSAIFI AND 54GENE, INC.,<br><br>　　　　　　Defendants. | Civil Action No. _____<br><br>**NOTICE OF REMOVAL**<br><br>**(28 U.S.C. §§ 1332, 1441 and 1446)** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY:**

**PLEASE TAKE NOTICE** that Defendants 54gene, Inc., Jenny Yip and Patrice Milos (collectively, "Defendants") hereby remove the state court action captioned: *Teresia Bost v. Ron Chiarello et al.*, Docket No. HNT-L-209-23, filed in the Superior Court of New Jersey, Law Division, Hunterdon County, and all claims and causes of action therein, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ §§ 1332, 1441 and 1446.

**I.      REMOVAL JURISDICTION**

　　1.　　This action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.

　　2.　　Removal to the United States District Court for the District of New Jersey is proper pursuant to 28 U.S.C. §§ 1391 and 1446(a).

**II.     RELEVANT PROCEDURAL FACTS**

　　3.　　On June 7, 2023, Plaintiff Teresia Bost ("Plaintiff") filed a Complaint in the Superior Court of New Jersey, Law Division, Hunterdon County, captioned: *Teresia Bost v. Ron*

*Chiarello et al.*, Docket No. HNT-L-209-233 (the "State Action"). Plaintiff alleges claims under the New Jersey Law Against Discrimination.

4. On June 16, 2023, Plaintiff served the Complaint on Defendant 54gene, Inc.

5. On June 19, 2023, Plaintiff served the Complaint on Defendant Jenny Yip.

6. On June 27, 2023, Plaintiff served the Complaint on Defendant Patrice Milos.

7. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of "all process, pleadings, and orders served upon" Defendants are attached to this Notice of Removal as **Exhibit A**.

### III. TIMELINESS OF REMOVAL AND CONSENT OF DEFENDANT

8. This removal is timely under 28 U.S.C. § 1446(b) in that it is being filed within 30 days of Defendants being served with the Complaint. *See also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day removal period begins to run upon service of the Summons and Complaint).

9. Defendants consent to the removal of the State Action to this Court.

### IV. VENUE

10. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division embracing the place in which the state-court case is pending. This is a civil suit brought in New Jersey state court. The action is currently pending in Hunterdon County, New Jersey and, accordingly, under 28 U.S.C. § 110, the United States District Court for the District of New Jersey is the proper forum for removal because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

### V. JURISDICTION

11. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) and it may be removed to this Court under 28 U.S.C. § 1441 and 1446. In accordance with 28 U.S.C.

§ 1332, this Court has jurisdiction over this case because there is complete diversity between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

    **A.**    **Plaintiff's Citizenship is Diverse from Defendants' Citizenship**

12. The Complaint provides that plaintiff Teresia Bost is an individual residing in Hunterdon County, New Jersey. *See* **Ex. A** (Complaint) at ¶ 23.

13. Defendant 54gene, Inc. currently has its principal place of business in Washington DC.

14. Defendant Jenny Yip is a citizen of the state of California.

15. Defendant Patrice Milos is a citizen of the state of Rhode Island.

16. Upon information and belief, Defendant Ron Chiarello is a citizen of the state of California.

17. Upon information and belief, Defendant Tobi Oke is a citizen of Nigeria.

18. Upon information and belief, Defendant Yassine Oussaifi is a citizen of the Republic of Tunisia.

19. Accordingly, Plaintiff is a citizen of a state different from the Defendants and, as such, complete diversity exists.

    **B.**    **The Amount in Controversy Exceeds $75,000, Exclusive of Interest and Costs**

20. The amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs. In this regard, the Complaint seeks "compensatory damages", "punitive damages", "reasonable attorney fees", and "for costs of this action". *See* **Ex. A** (Complaint).

21. Based on the foregoing, the amount in controversy in this matter exceeds the jurisdictional minimum of $75,000. Accordingly, this action is a civil action over which this Court

has original jurisdiction pursuant to 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. § 1441 based on diversity jurisdiction.

## VI. NOTICE TO STATE COURT AND PLAINTIFF'S COUNSEL

22. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the District of New Jersey, a written notice of the removal will be provided by the undersigned to plaintiff's counsel of record, Rebecca Brazzano, Esq., of Brazzano Law PLLC and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey, Hunterdon County, as required by 28 U.S.C. § 1446(d). The notice provided to the Superior Court of New Jersey is attached hereto as **Exhibit B**.

## VII. CONCLUSION

23. For the reasons described above, Plaintiff's claim is properly removable under 28 U.S.C. § 1441(a) and (b). Accordingly, Defendants respectfully request that the above-entitled action now pending against them in the Superior Court of New Jersey, Law Division, Hunterdon County be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**
*Attorneys for Defendants*

By: */s/ Elizabeth F. Lorell*
    Elizabeth F. Lorell, Esq.
    Maxine J. Nicholas, Esq.

18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Phone No.: (973) 549-2500
Fax No.: (973) 377-1911
Email: elorell@grsm.com
       mnicholas@grsm.com

Dated: July 17, 2023